Mirna J. Scheffy (SBN 263919)
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
345 California Street, Suite 2850
San Francisco, California 94104
T 415.766.3200 | F 415.766.3250
mscheffy@hptylaw.com

Matthew A. Boyd
(Georgia Bar No. 027645)
*Admitted pro hac vice*
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
303 Peachtree Street, NE
Suite 4000
Atlanta, GA  30308
Telephone:     (404) 614-7400
Facsimile:      (404) 614-7500
mboyd@hptylaw.com

Attorneys for Defendant
RES-CARE CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE HARRISON, an individual, | Case No. 2:16−CV−02355−MCE−KJN |
| Plaintiff, | |
| | **PARTIAL STIPULATION OF DISMISSAL** |
| vs. | |
| RES-CARE, INC. a corporation; RES-CARE CALIFORNIA, INC., a corporation; DOES 1-10, business enti(ties), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive, et al., | Complaint Filed:     August 16, 2016<br>Trial Date:                Not Set |
| Defendants. | |

Plaintiff Nicole Harrison and Defendant Res-Care California, Inc. ("RCCA") hereby stipulate to the dismissal without prejudice of Plaintiff's claims asserted against unserved Defendant Res-Care, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  This stipulation does not affect Plaintiff's claims against Defendant RCCA.

**STIPULATED TO** this 8th day of December, 2016.

| **LAW OFFICES OF GREGORY A. DOUGLAS** | **HAWKINS PARNELL THACKSTON & YOUNG LLP** |
|---|---|
| */s/ Jamie McCrary* | */s/ Matthew A. Boyd* |
| Jamie McCrary | Matthew A. Boyd |
| Gregory A. Douglas | (Georgia Bar No. 027645) |
| (State Bar No. 147166) | *Admitted pro hac vice* |
| greg@gdouglaslaw.com | 303 Peachtree Street, NE |
| 5500 Bolsa Ave. | Suite 4000 |
| Suite 201 | Atlanta, GA  30308 |
| Huntington Beach, CA 92649 | Telephone:     (404) 614-7400 |
| Telephone:     (562) 252-8800 | Facsimile:     (404) 614-7500 |
| Facsimile:     (562) 256-1006 | mboyd@hptylaw.com |
| | Mirna J. Scheffy (SBN 263919) |
| | 345 California Street, Suite 2850 |
| | San Francisco, California 94104 |
| | T 415.766.3200 | F 415.766.3250 |
| | mscheffy@hptylaw.com |
| | |
| | *Attorneys for Defendant Res-care California, Inc.* |

The parties' Stipulation of Partial Dismissal (ECF No. 11) is hereby approved as the Order of this Court.

IT IS SO ORDERED.

DATED:  January 5, 2017

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE