| | |
|---|---|
| 1 | **GREGORY A. DOUGLAS, ESQ. (SBN 147166)** |
| 2 | **JAMIE A. McCRARY, ESQ. (SBN 287023)** |
| | **LAW OFFICES OF GREGORY A. DOUGLAS** |
| 3 | **5500 Bolsa Ave., Ste. 201** |
| 4 | **Huntington Beach, CA 92649** |
| | **Tel.: (562) 252-8800** |
| 5 | **Fax: (562) 256-1006** |
| 6 | greg@gdouglaslaw.com |

Attorneys for Plaintiff(s)
NICOLE HARRISON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE HARRISON, an individual, | Case No. 2:16-CV-02355-MCE-KJN |
| PLAINTIFF, | **STIPULATION AND ORDER RE DISMISSAL** |
| vs. | |
| RES-CARE CALIFORNIA, INC., a corporation; DOES 1-10, business entit(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive, | Complaint Filed: August 2, 2016<br>Trial Date: None Set |
| Defendant(s). | |

IT IS HEREBY STIPULATED by and between plaintiff Nicole Harrison ("Harrison") and defendant Res-Care California, Inc. ("Res-Care"), by and through their respective undersigned counsel, that the above-captioned action is hereby voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41 as follows: (i) the case is dismissed in its entirety, (ii) Harrison's claims against Res-Care are dismissed with prejudice, and (iii) each side is to bear her or its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: October 10, 2017         LAW OFFICE OF GREGORY A. DOUGLAS

                                By/S/ Gregory A. Douglas
                                Gregory A. Douglas
                                Attorneys for Plaintiff
                                Nicole Harrison

Dated: October 10, 2017         HAWKINS PARNELL THACKSTON & YOUNG, LLP


                                By: /s/ Matthew A. Boyd
                                Matthew A. Boyd
                                Attorneys for Defendant
                                Res-Care California, Inc.

## **ORDER**

Pursuant to the stipulation of the parties, the action is hereby dismissed in its entirety, with prejudice as to Plaintiff's claims against Res-Care. Each side is to bear her or its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: October 18, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE